**RUTH ANN AZEREDO**
**EXHIBIT A**

**Lodestar Billing Format**

**KEY:**
**OCW-** Office Conference With      **RA**-Ruth Ann Azeredo
**TCW-** Telephone Call With          **TR**-Timothy Romberger

I.   Case Development, Background Investigation and Case Administration

| Date | Work | Hours |
|---|---|---|
| **Azeredo** | | |
| 1/22/14 | TCW client re: client's matter | 0.8 |
| 1/22/14 | Research re: security guards and FLSA claims, unpaid wages, overtime wages and treble damages for unpaid wages | 1.5 |
| 1/22/14 | Emails to TR re: research of FLSA claim, unpaid wages, overtime and treble damages | 0.1 |
| 1/22/14 | TCW TR re: client issues | 0.2 |
| 1/23/14 | Emails from client with additional information re: matter | 0.1 |
| 1/27/14 | Emails to/from client re: payroll/hours worked and DOL complaint | 0.3 |
| 1/28/14 | Email to client re: DOL complaint | 0.1 |
| 1/28/14 | TCW TR re: analysis of approach and strategy | 0.2 |
| 1/30/14 | Emails to/from client re: withdrawing DOL complaint | 0.2 |
| 1/31/14 | TCW client re: case and DOL complaint | 0.2 |
| 1/31/14 | Email from client re: information needed | 0.1 |
| 2/03/14 | Emails to/from client re: withdrawal of DOL complaint | 0.1 |
| 2/25/14 | Email to client re: drafting initial complaint | 0.1 |
| 2/25/14 | TCW TR | 0.1 |
| 3/01/14 | Email to TR re: potential additional defendants | 0.1 |
| 3/03/14 | Email from client re: status | 0.1 |
| 3/05/14 | Review of client's notes; bullet client's notes for TR | 0.6 |
| 3/05/14 | Email to TR re: client's notes | 0.1 |
| 3/05/14 | TCW TR | 0.1 |
| 3/11/14 | Emails from TR re: James/Raymond Gilliard v. Sigma Security/Fleurimond | 0.1 |
| 3/11/14 | TCW TR re: additional defendants | 0.2 |
| 3/11/14 | Emails to/from TR re: first to file rule | 0.1 |
| 3/21/14 | TCW client | 0.3 |
| 3/21/14 | Emails from TR re: filing and strategy issues | 0.2 |
| 3/21/14 | TCW TR re: defendant Fleurimond | 0.2 |
| 3/25/14 | Emails to/from TR re: status update; review of docket in James/Raymond Gilliard matter | 0.1 |

| | | |
|---|---|---|
| 3/31/14 | TCW client re: status and update on developments | 0.3 |
| 4/03/14 | Email from TR re: dismissal in James/Raymond Gilliard matter | 0.1 |
| 4/03/14 | TCW TR re: dismissal | 0.1 |
| 4/07/14 | Review of email re: additional issues | 0.1 |
| 5/14/14 | Email from client re: communication with sister | 0.1 |
| 5/14/14 | TCW TR | 0.2 |
| 5/15/14 | Email from TR re: client's communication with sister | 0.1 |
| 5/15/14 | TCW client | 0.4 |
| 5/16/14 | TCW TR re: status on service of Fleurimond/Resident Agent | 0.2 |
| 5/22/14 | Email and TCW client re: service on Fleurimond | 0.3 |
| 5/27/14 | Email from client re: | 0.1 |
| 5/27/14 | Emails to/from TR re: Fleurimond service | 0.1 |
| 5/28/14 | Email from client re: service completed on Fleurimond | 0.1 |
| 5/29/14 | TCW client re: service and discussing case | 0.7 |
| 5/29/14 | Emails to client re: service and memorializing TCW | 0.5 |
| 5/30/14 | Email to client re: proof of service | 0.1 |
| 6/02/14 | Facsimile and emails to/from client re: same | 0.1 |
| 7/16/14 | Emails to/from client re: moving forward | 0.5 |
| 7/16/14 | TCW client | 0.5 |
| 7/23/14 | Emails from TR re: payroll records | 0.1 |
| 7/23/14 | TCW TR re: payroll records | 0.2 |
| 8/04/14 | Email from client re: payroll records | 0.1 |
| 8/06/14 | Email to client re: payroll records | 0.1 |
| 8/07/14 | Email from client re: retrieving payroll records | 0.1 |
| 8/08/14 | Email from client re: retrieving payroll records | 0.1 |
| 9/21/14 | Email to client re: information regarding hours worked | 0.1 |
| 10/21/14 | TCW client | 0.5 |
| 10/23/14 | TCW client | 0.3 |
| 10/28/14 | TCW client | 0.2 |
| 11/26/14 | Email from TR re: docket review | 0.1 |
| 12/04/14 | Review of Order granting default judgment | 0.1 |
| 12/04/14 | TCW client re: order granting motion for default and questions regarding next steps | 0.3 |
| 12/04/14 | TCW TR re: order granting motion for default and next steps | 0.2 |
| | | |
| **Romberger** | | |
| 1/22/14 | TCW RA re: client issues | 0.2 |
| 1/22/14 | Review research re: security guards, overtime, and related issues under the FLSA; continue research started by RAA | 1.3 |
| 1/28/14 | Research Code of Federal Regulations | 0.6 |
| 1/28/14 | Emails to/from RA re: DOL issues | 0.2 |
| 1/28/14 | TCW RA re: analysis of approach and strategy | 0.2 |

| | | |
|---|---|---|
| 2/25/14 | TCW RA | 0.1 |
| 3/01/14 | Review email from client re: witness information | 0.1 |
| 3/01/14 | Review email from client re: DOL | 0.1 |
| 3/05/14 | TCW RA re: Gilliard information | 0.1 |
| 3/11/14 | Research regarding Sigma Security; business entity records; SDAT trade name applications; ownership information; judiciary case search and online records research/issues of proper party ensuring all Defendants are identified | 2.4 |
| 3/11/14 | Review Complaint filed in related case- James Gilliard | 0.8 |
| 3/11/14 | Emails to/from RA | 0.1 |
| 3/11/14 | TCW RA re: additional defendants | 0.2 |
| 3/11/14 | Ongoing research re: first to file | 0.7 |
| 3/11/14 | Emails to/from RA | 0.1 |
| 3/21/14 | Email to RA re: filing and issues | 0.2 |
| 3/21/14 | TCW RA re: Defendant Fleurimond | 0.2 |
| 3/21/14 | Email RA re: strategy issues | 0.2 |
| 3/25/14 | Emails from/to RA re: status update, Review docket | 0.2 |
| 4/03/14 | Review docket- James Gilliard case; email RA re: dismissal | 0.2 |
| 4/03/14 | TCW RA re: dismissal | 0.1 |
| 4/07/14 | Research Code of Federal Regulations for claim | 1.1 |
| 4/07/14 | Email to RA re: additional information for key issues | 0.2 |
| 5/14/14 | TCW RA | 0.2 |
| 5/15/14 | Email to RA re: client's communication with sister | 0.1 |
| 5/16/14 | Email from RA | 0.1 |
| 5/16/14 | TCW RA re: issues with Fleurimond and service | 0.2 |
| 5/27/14 | Emails from/to RA re: Fleurimond service | 0.1 |
| 5/28/14 | Emails from RA re: Fleurimond service | 0.1 |
| 6/06/14 | Receive ECF notice of summons returned executed | 0.1 |
| 7/23/14 | TCW RA re: payroll records for Defendant | 0.2 |
| 7/23/14 | Research re: ADP information request | 0.3 |
| 7/23/14 | TCW ADP | 0.3 |
| 7/23/14 | Emails to RA re: payroll | 0.2 |
| 7/23/14 | Review research re: damages, email from RA | 0.2 |
| | | |
| **Paralegal** | | |
| 1/23/14 | Email to client re: engagement agreement | 0.1 |
| 1/27/14 | Email to client re: information needed | 0.1 |
| 3/04/14 | Emails to/from client re: update | 0.1 |
| 5/12/14 | Email to client re: picture of Fleurimond | 0.1 |
| 5/13/14 | Emails to/from client re: picture of Fleurimond | 0.1 |
| 5/14/14 | Research local process servers; TC to process server; cover letter and prep summons and complaint for process server | 0.4 |
| 5/14/14 | Emails to/from process server re: documents to be served | 0.1 |

| Date | Work | Hours |
|---|---|---|
| 5/19/14 | TCW process server re: update on status of service | 0.1 |
| 5/19/14 | Email from process server re: attempts at service; email to client re: same | 0.2 |
| 5/22/14 | TCW process server re: status of service; TC x2 with client and email to client re: service of complaint | 0.1 |
| 5/27/14 | Emails to/from client re: attempted service | 0.1 |
| 5/29/14 | TCW client re: proof of service; email to client re: same | 0.3 |
| 9/09/14 | TCW client re: update on matter and breakdown of hours worked | 0.1 |
| 9/16/14 | Email to client re: follow up on conversation to get breakdown of hours worked | 0.1 |
| 9/22/14 | TCW client re: facsimile of breakdown of hours | 0.1 |
| 11/24/14 | TCW client re: documents and update | 0.1 |
| | | |
| | **SUBTOTAL (Case Development, etc.) Ruth Ann Azeredo** | **13.4** |
| | **SUBTOTAL (Case Development, etc.) Timothy Romberger** | **11.7** |
| | **SUBTOTAL (Case Development, etc.) Tracy Stanforth** | **2.2** |

## II.   Pleadings

| Date | Work | Hours |
|---|---|---|
| **Azeredo** | | |
| 4/07/14 | TCW TR | 0.2 |
| 4/07/14 | TCW client | 0.5 |
| 4/07/14 | Email from TR re: additional information needed for key issues | 0.2 |
| 4/09/14 | Email to client re: details of termination for complaint | 0.1 |
| 4/14/14 | Email from client re: information regarding termination | 0.1 |
| 4/14/14 | Emails to/from TR re: additional information from client | 0.2 |
| 4/22/14 | Email from TR re: initial draft of complaint | 0.1 |
| 4/22/14 | TCW TR | 0.2 |
| 4/28/14 | Review of initial draft of complaint and edits to same | 0.6 |
| 4/28/14 | Drafting complaint; edits to same; questions for client; research | 2.8 |
| 4/28/14 | TCW TR | 0.2 |
| 4/28/14 | Email to client re: latest draft of complaint | 0.1 |
| 4/28/14 | Email to TR re: latest draft of complaint | 0.1 |
| 4/30/14 | Emails to/from client re: latest draft of complaint and lingering questions; email to TR re: same | 0.2 |
| 5/01/14 | TCW client re: complaint; questions re: same | 0.5 |
| 5/01/14 | Email to TR re: details from TCW client | 0.1 |
| 5/01/14 | Email from client re: Fleurimond address | 0.1 |
| 5/01/14 | TCW TR | 0.2 |
| 5/05/14 | Email to client; edits to complaint | 0.2 |
| 5/05/14 | Email from TR re: notice of consent | 0.1 |
| 5/07/14 | Emails to/from client re: status of filing | 0.1 |
| 5/08/14 | Final edits to complaint | 0.8 |

| Date | Description | Hours |
|---|---|---|
| 5/08/14 | Emails to/from TR re: filing status, notice of electronic filing of complaint, disclosure statement, case assignment | 0.2 |
| | | |
| **Romberger** | | |
| 4/04/14 | Initial drafting process of Complaint, research | 3.8 |
| 4/07/14 | Email RA | 0.3 |
| 4/07/14 | TCW RA | 0.2 |
| 4/14/14 | Review client email | 0.1 |
| 4/14/14 | Emails to/from RA re: additional information from client | 0.2 |
| 4/21/14 | Ongoing drafting of Complaint | 3.6 |
| 4/22/14 | Revise and edit Complaint | 2.2 |
| 4/22/14 | Research working supervisor issues under regulations | 0.6 |
| 4/22/14 | Email to RA | 0.2 |
| 4/22/14 | TCW RA | 0.2 |
| 4/28/14 | Review research re: trebling case law under MWPCL | 0.4 |
| 4/28/14 | Email from RA | 0.1 |
| 4/28/14 | Review revised complaint | 0.2 |
| 4/28/14 | TCW RA | 0.2 |
| 4/30/14 | Email from RA re: client's email | 0.1 |
| 5/01/14 | TCW RA | 0.2 |
| 5/01/14 | Emails to/from RA re: update | 0.1 |
| 5/01/14 | Prepare notice of consent for FLSA claim | 0.2 |
| 5/05/14 | Email to RA re: notice of consent | 0.1 |
| 5/07/14 | Emails to/from RA re: status of filing | 0.1 |
| 5/08/14 | Emails from/to RA re: filing status; receive Notice of electronic filing of Complaint, Disclosure statement, case assignment | 0.2 |
| | | |
| **Paralegal** | | |
| 4/23/14 | Review/edits to complaint; format check and verify citations of statutes and caselaw | 1.6 |
| 5/06/14 | Review and verify citations for notice of consent | 0.4 |
| 5/07/14 | TCW client; edits to complaint; email to client re: final draft of complaint and notice of consent | 0.2 |
| 5/08/14 | Final edits to complaint; draft/finalize civil cover sheet, summons, and disclosure of corporate interest; e-file complaint and accompanying documents | 1.6 |
| 6/06/14 | Draft/finalize return of service for summons; e-file with court | 0.3 |
| | | |
| | **SUBTOTAL (Pleadings) Ruth Ann Azeredo** | **7.9** |
| | **SUBTOTAL (Pleadings) Timothy Romberger** | **13.3** |
| | **SUBTOTAL (Pleadings) Tracy Stanforth** | **4.1** |

### III. Interrogatories, Document Production, and Other Written Discovery

| Date | Work | Hours |
|---|---|---|
| **Azeredo** | | |
| | N/A | |

### IV. Depositions

| Date | Work | Hours |
|---|---|---|
| | N/A | |

### V. Motions Practice

| Date | Work | Hours |
|---|---|---|
| **Azeredo** | | |
| 6/20/14 | Email from TR re: request for entry of default | 0.1 |
| 6/20/14 | TCW TR | 0.2 |
| 6/22/14 | Edits to request for entry of default; email to/from client re: same | 0.2 |
| 6/23/14 | Emails to/from TR re: request for entry of default | 0.2 |
| 7/01/14 | TCW TR | 0.1 |
| 7/11/14 | Review of request for entry of default; email from TR re: same | 0.1 |
| 7/23/14 | Email from TR re: motion for default, memo and declaration; quick review of same | 0.2 |
| 7/23/14 | Research and review cases re: proof of FLSA | 0.7 |
| 7/24/14 | TCW TR | 0.2 |
| 9/22/14 | TCW TR re: additional information | 0.2 |
| 10/01/14 | Review of paperless correspondence re: motion for default | 0.1 |
| 10/03/14 | Email from TR re: damages | 0.1 |
| 10/06/14 | Email from TR re: damages calculations; review of same | 0.2 |
| 10/06/14 | TCW TR | 0.2 |
| 10/21/14 | Emails to/from TR re: client comments | 0.2 |
| 10/21/14 | Email from TR re: statute of limitations | 0.1 |
| 10/21/14 | Edits to facts for motion for default | 0.8 |
| 10/21/14 | TCW client re: clarification for facts in motion for default and client's declaration | 0.5 |
| 10/21/14 | Edits to client's declaration for motion for default | 0.6 |
| 10/22/14 | Emails from TR re: hours worked/declaration | 0.2 |
| 10/22/14 | TCW TR | 0.2 |
| 10/22/14 | Email to client | 0.2 |
| 10/23/14 | Emails to/from TR re: schedule of hours worked | 0.2 |
| 10/24/14 | Email from TR with revised documents; review of same | 1.2 |
| 10/28/14 | Emails to/from client and facsimile from client re: signed declaration | 0.2 |
| 10/29/14 | Emails to/from TR re: final review of documents before filing | 0.1 |

| | | |
|---|---|---|
| **Romberger** | | |
| 6/20/14 | Draft motion requesting entry of default and supporting declaration, email to RA | 1.2 |
| 6/20/14 | TCW RA | 0.2 |
| 6/23/14 | Research regarding default damages, record keeping | 0.3 |
| 6/23/14 | Emails to/from RA | 0.3 |
| 6/23/14 | Receive ECF notice of default motion filing | 0.1 |
| 7/01/14 | Receive clerks entry of default | 0.1 |
| 7/01/14 | Email to RA | 0.1 |
| 7/01/14 | TCW RA | 0.1 |
| 7/11/14 | Email to RA re: entry of default | 0.1 |
| 7/23/14 | Drafting motion and memorandum in support of motion for Default Judgment | 5.2 |
| 7/23/14 | Draft declaration- Gilliard | 1.6 |
| 7/23/14 | Email RA re: strategic issues | 0.3 |
| 7/24/14 | TCW RA | 0.2 |
| 9/02/14 | Review new Maryland Court of Appeals decision re: overtime and MWPCL | 0.4 |
| 9/02/14 | Email from RA | 0.1 |
| 9/22/14 | TCW RA re: additional information | 0.2 |
| 9/22/14 | Facsimile from client re: hours worked for motion for default | 0.1 |
| 9/22/14 | Receive, review client notes | 0.3 |
| 10/01/14 | Receive paperless correspondence – Court | 0.1 |
| 10/03/14 | TCW Tracy | 0.2 |
| 10/03/14 | Emails to Tracy re: declaration and other issues | 0.2 |
| 10/03/14 | Prepare memo re: Gilliard damages issue | 0.5 |
| 10/03/14 | Email RA | 0.1 |
| 10/4/14 | Draft unpaid wages chart re: motion for default judgment; calendar review | 2.6 |
| 10/06/14 | Email to RA | 0.1 |
| 10/06/14 | TCW RA | 0.2 |
| 10/21/14 | Research regarding statute of limitations; email to RA re: MWPCL | 0.4 |
| 10/21/14 | Emails from/to RA re: clients comments | 0.2 |
| 10/22/14 | Revise and edit declaration; damages assessment, scheduling, draft calendar | 1.9 |
| 10/22/14 | TCW RA | 0.2 |
| 10/22/14 | Revise and edit damages chart; research interest issues | 2.5 |
| 10/22/14 | Research regarding North Avenue Gateway Apartments; email to RA | 0.4 |
| 10/23/14 | Emails to/from RA re: schedule of hours worked | 0.2 |

| Date | Work | Hours |
|---|---|---|
| 10/24/14 | Final revisions to motion, memorandum in support; adding in new arguments incorporating new Maryland Court of Appeals case, edits to damages chart and declaration | 4.2 |
| 10/24/14 | Email to RA | 0.1 |
| 10/29/14 | Email from Tracy | 0.1 |
| 10/29/14 | Prepare proposed order | 0.2 |
| 10/29/14 | Email RA w/encls | 0.1 |
| 10/29/14 | Receive ECF filing notice | 0.1 |
| | | |
| **Paralegal** | | |
| 6/11/14 | Final edits to and e-file request for entry of default | |
| 6/23/14 | Research re: default judgment | 0.4 |
| 6/23/14 | Draft/edits to request for default judgment and order of default | 0.5 |
| 6/23/14 | E-file request for entry of default and order with Court | 0.2 |
| 10/03/14 | TCW TR re: declaration for motion for default | 0.2 |
| 10/03/14 | TCW client re: motion for default judgment and declaration; edits to client's declaration | 1.7 |
| 10/03/14 | Emails from TR re: declaration and other issues | 0.1 |
| 10/06/14 | Edits to client's declaration to include TR edits; finalize draft for RA review | 1.1 |
| 10/08/14 | TCW client re: motion for default and client's declaration | 0.1 |
| 10/21/14 | Additional edits to client's declaration for motion for default to include edits to hours calculation; TCW client re: verification of hours worked | 1.1 |
| 10/24/14 | Review memorandum in support of motion for default; check and verify citations | 1.8 |
| 10/27/14 | Edits to motion for default, memo and declaration; emails to client re: final drafts and signature on declaration | 0.8 |
| 10/28/14 | Edits/review of citations for proper cite and format for drafts of motion for default and memorandum | 0.4 |
| 10/29/14 | Emails to/from TR re: proposed order | 0.1 |
| 10/29/14 | Final edits and citation check for motion, memorandum; draft/edit/finalize proposed order for motion; E-file motion for default; memo and declaration | 2.6 |
| 10/29/14 | Email to client re: motion for default as filed | 0.1 |
| | | |
| | **SUBTOTAL (Motions Practice) Ruth Ann Azeredo** | **7.3** |
| | **SUBTOTAL (Motions Practice) Timothy Romberger** | **25.5** |
| | **SUBTOTAL (Motions Practice) Tracy Stanforth** | **11.2** |

## VI. Attending Court Hearings

| Date | Work | Hours |
|---|---|---|
| | N/A | |

## VII. Trial Preparation and Post-Trial Motions

| Date | Work | Hours |
|---|---|---|
|  | N/A |  |

## VIII. Attending Trial

| Date | Work | Hours |
|---|---|---|
|  | N/A |  |

## IX. ADR

| Date | Work | Hours |
|---|---|---|
|  | N/A |  |

## X. Fee Petition Preparation

| Date | Work | Hours |
|---|---|---|
| **Azeredo** |  |  |
| 12/04/14 | Begin drafting hours in litigation phase for fee petition | 1.0 |
| 12/05/14 | Continue hours in litigation phase for fee petition | 4.2 |
| 12/11/14 | Edits to RA and Stanforth declarations | 0.5 |
| 12/11/14 | Edits to Motion for Attorneys' Fees | 0.6 |
| 12/17/14 | Final edits to Motion for Attorneys' Fees and memo in support | 1.0 |
|  |  |  |
| **Romberger** |  |  |
| 11/26/14 | Docket review; email to RA re: fee petition | 0.2 |
| 12/04/14 | Receive, review Order re: motion for default judgment; emails to/from Tracy | 0.2 |
| 12/04/14 | Review local rules, Appendix B, and Lodestar guidelines for fee petition | 0.5 |
| 12/04/14 | TCW RA re: Order | 0.2 |
| 12/04/14 | Research cases re: fee awards | 1.4 |
| 12/04/14 | Initial drafting of Memorandum in Support of Motion for Attorneys' Fees | 3.4 |
| 12/04/14 | Emails to/from RA re: | 0.2 |
| 12/08/14 | Revise and edit Memorandum in Support of Motion for Attorneys' Fees; Draft Motions for Attorneys; Fees; Emails to RA | 0.9 |
| 12/08/14 | Receive, review Declaration Kiyonaga re: fee petition | 0.1 |
| 12/08/14 | Email to RA | 0.1 |
| 12/09/14 | Drafting Declaration in Support of Attorneys' Fees | 0.3 |
| 12/09/14 | Email to RA | 0.1 |
|  |  |  |
|  |  |  |

| **Paralegal** | | |
|---|---|---|
| 12/08/14 | Continue hours in litigation phase for fee petition | 0.6 |
| 12/11/14 | Additional drafts to hours in litigation phase for fee petition | 0.2 |
| 12/11/14 | Edits/format edits to memo in support of motion for attorneys' fees | 0.6 |
| 12/15/14 | Edits to Potoczak declaration; email to Potoczak re: same | 0.3 |
| 12/15/14 | Final edits to RA declaration | 0.1 |
| 12/15/14 | Final edits to Stanforth declaration | 0.1 |
| 12/15/14 | Additional edits to memo in support of motion; check and edit citations to include pinpoint cites; pull/review cases for pinpoint cites | 2.6 |
| 12/17/14 | Final edits to motion, memo in support, litigation phase hours and declaration; convert to pdf for e-filing | 1.2 |
| | | |
| | **SUBTOTAL (Fee Petition Prep.)  Ruth Ann Azeredo** | **7.3** |
| | **SUBTOTAL (Motions Practice)  Timothy Romberger** | **7.6** |
| | **SUBTOTAL (Fee Petition Prep.)  Tracy Stanforth** | **5.7** |
| | | |

| | **Total Hours Azeredo** | **35.9** |
|---|---|---|
| | **Total Hours Romberger** | **58.1** |
| | **Total Hours Paralegal** | **23.2** |

# DISBURSEMENTS AND EXPENSES
# EXHIBIT A

| Date | Category/Description | Amount |
|---|---|---|
| 5/08/14 | **Copies**- In house; 18 pgs. x $.25 | $4.50 |
| 5/14/14 | **Copies**- Initiating pleading and documents for service; 36 pgs. x $.25 | $9.00 |
| 6/06/14 | **Copies**- Return of Service for Sigma Security and Richard Fleurimond; 6 pgs. x $.25 | $1.50 |
| 6/23/14 | **Copies**- Request for Default for file; copies for service on Defendants; 16pgs. x $.25 | $4.00 |
| 10/29/14 | **Copies**- Motion for Default Judgment w/accompanying Memo and Exhibits for file; copies for service on Defendants; courtesy copy for Judge's chambers 160pgs. x $.25 | $40.00 |
| 6/23/14 | **Postage-** Request for Entry of Default to Sigma Security (principal place of business); Sigma Security (Resident Agent); Richard Fleuirmond (Individually) via First Class Mail | $1.47 |
| 10/29/14 | **Postage-** Motion for Default Judgment to Sigma Security (principal place of business); Sigma Security (Resident Agent); Richard Fleurimond (Individually) via First Class Mail | $7.98 |
| 10/29/14 | **Postage-** Courtesy copy of Motion for Default to Judge's Chambers via UPS | $20.08 |
| January 2014 | **Online Research-** Westlaw | $98.48 |
| April 2014 | **Online Research-** Westlaw | $54.52 |
| May 2014 | **Online Research-** Westlaw | $ .80 |
| July 2014 | **Online Research-** Westlaw | $11.20 |
| October 2014 | **Online Research-** Westlaw | $28.32 |
| | | |
| | | |
| | **TOTAL** | **$281.85** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Account:** | RUTH ANN AZEREDO, BOWIE MD (1003882450) | | | | | | |
| **Date Range:** | January 01, 2014 - January 31, 2014 | | | | | | |
| **Report Format:** | Detail-Account by Client **(Targeted)** | | | | | | |
| **Products:** | Westlaw | | | | | | |
| **Content Families:** | All Content Families | | | | | | |

| Account by Client | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|
| **Account: 1003882450** | | | | | | | | |
| Client POTENTIAL CLIENT. TERICA | | | | | | | | |
| Included | | | | | | | | |
| WESTLAW LINES | | | 5,253 | | 288.93 USD | 24.24 USD | 0.00 USD | 24.24 USD |
| KEYCITE | | 5 | | | 35.00 USD | 2.94 USD | 0.00 USD | 2.94 USD |
| TRANSACTIONAL ONLINE FINDS | | 5 | | | 100.00 USD | 8.39 USD | 0.00 USD | 8.39 USD |
| TRANSACTIONAL SEARCHES | | 4 | | | 750.00 USD | 62.92 USD | 0.00 USD | 62.92 USD |
| Totals for Included | | 14 | 5,253 | | 1,173.93 USD | 98.48 USD | 0.00 USD | 98.48 USD |
| Totals for Client POTENTIAL CLIENT. TERICA | | 14 | 5,253 | | 1,173.93 USD | 98.48 USD | 0.00 USD | 98.48 USD |
| Totals for Account: **1003882450** | | 14 | 5,253 | | 1,173.93 USD | 98.48 USD | 0.00 USD | 98.48 USD |
| Report Totals - Included | | 14 | 5,253 | | 1,173.93 USD | 98.48 USD | 0.00 USD | 98.48 USD |
| Report Totals | | 14 | 5,253 | | 1,173.93 USD | 98.48 USD | 0.00 USD | 98.48 USD |

QuickView+ - Report

| | | | | | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|
| **Account:** | RUTH ANN AZEREDO, BOWIE MD (1003882450) | | | | | | | |
| **Date Range:** | April 01, 2014 - April 30, 2014 | | | | | | | |
| **Report Format:** | Detail-Account by Client **(Targeted)** | | | | | | | |
| **Products:** | Westlaw | | | | | | | |
| **Content Families:** | All Content Families | | | | | | | |
| **Account by Client** | **Database Time** | **Transactions** | **Docs/Lines** | **Connect Time** | | | | |
| Account: **1003882450** | | | | | | | | |
| Client GILLIARD | | | | | | | | |
| Included | | | | | | | | |
| WESTLAW LINES | | | 5,040 | | 277.22 USD | 9.98 USD | 0.00 USD | 9.98 USD |
| KEYCITE | | 1 | | | 7.00 USD | 0.25 USD | 0.00 USD | 0.25 USD |
| TRANSACTIONAL ONLINE FINDS | | 24 | | | 480.00 USD | 17.28 USD | 0.00 USD | 17.28 USD |
| TRANSACTIONAL SEARCHES | | 4 | | | 750.00 USD | 27.00 USD | 0.00 USD | 27.00 USD |
| Totals for Included | | 29 | 5,040 | | 1,514.22 USD | 54.52 USD | 0.00 USD | 54.52 USD |
| Totals for Client GILLIARD | | 29 | 5,040 | | 1,514.22 USD | 54.52 USD | 0.00 USD | 54.52 USD |
| Totals for Account: **1003882450** | | 29 | 5,040 | | 1,514.22 USD | 54.52 USD | 0.00 USD | 54.52 USD |
| Report Totals - Included | | 29 | 5,040 | | 1,514.22 USD | 54.52 USD | 0.00 USD | 54.52 USD |
| Report Totals | | 29 | 5,040 | | 1,514.22 USD | 54.52 USD | 0.00 USD | 54.52 USD |

QuickView+ - Report

| | |
|---|---|
| **Account:** | RUTH ANN AZEREDO, BOWIE MD (1003882450) |
| **Date Range:** | May 01, 2014 - May 31, 2014 |
| **Report Format:** | Detail-Account by Client **(Targeted)** |
| **Products:** | Westlaw |
| **Content Families:** | All Content Families |

| Account by Client | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|
| Account: **1003882450** | | | | | | | | |
| Client GILLIARD | | | | | | | | |
| Included | | | | | | | | |
| TRANSACTIONAL ONLINE FINDS | | 1 | | | 20.00 USD | 0.80 USD | 0.00 USD | 0.80 USD |
| Totals for Included | | 1 | | | 20.00 USD | 0.80 USD | 0.00 USD | 0.80 USD |
| Totals for Client GILLIARD | | 1 | | | 20.00 USD | 0.80 USD | 0.00 USD | 0.80 USD |
| Totals for Account: **1003882450** | | 1 | | | 20.00 USD | 0.80 USD | 0.00 USD | 0.80 USD |
| Report Totals - Included | | 1 | | | 20.00 USD | 0.80 USD | 0.00 USD | 0.80 USD |
| Report Totals | | 1 | | | 20.00 USD | 0.80 USD | 0.00 USD | 0.80 USD |

QuickView+ - Report

| Account: | RUTH ANN AZEREDO, BOWIE MD (1003882450) |
|---|---|
| Date Range: | July 01, 2014 - July 31, 2014 |
| Report Format: | Detail-Account by Client **(Targeted)** |
| Products: | Westlaw |
| Content Families: | All Content Families |

| Account by Client | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|
| Account: **1003882450** | | | | | | | | |
| Client GILLIARD | | | | | | | | |
| Included | | | | | | | | |
| WESTLAW LINES | | | 419 | | 23.05 USD | 0.48 USD | 0.00 USD | 0.48 USD |
| TRANSACTIONAL ONLINE FINDS | | 1 | | | 20.00 USD | 0.41 USD | 0.00 USD | 0.41 USD |
| TRANSACTIONAL SEARCHES | | 2 | | | 500.00 USD | 10.31 USD | 0.00 USD | 10.31 USD |
| Totals for Included | | 3 | 419 | | 543.05 USD | 11.20 USD | 0.00 USD | 11.20 USD |
| Totals for Client GILLIARD | | 3 | 419 | | 543.05 USD | 11.20 USD | 0.00 USD | 11.20 USD |
| Totals for Account: **1003882450** | | 3 | 419 | | 543.05 USD | 11.20 USD | 0.00 USD | 11.20 USD |
| Report Totals - Included | | 3 | 419 | | 543.05 USD | 11.20 USD | 0.00 USD | 11.20 USD |
| Report Totals | | 3 | 419 | | 543.05 USD | 11.20 USD | 0.00 USD | 11.20 USD |

QuickView+ - Report

| | |
|---|---|
| **Account:** | RUTH ANN AZEREDO, BOWIE MD (1003882450) |
| **Date Range:** | October 01, 2014 - October 31, 2014 |
| **Report Format:** | Detail-Account by Client **(Targeted)** |
| **Products:** | Westlaw |
| **Content Families:** | All Content Families |

| Account by Client | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|
| **Account: 1003882450** | | | | | | | | |
| Client GILLIARD | | | | | | | | |
| Included | | | | | | | | |
| WESTLAW LINES | | | 810 | | 44.55 USD | 0.64 USD | 0.00 USD | 0.64 USD |
| TRANSACTIONAL ONLINE FINDS | | 24 | | | 480.00 USD | 6.89 USD | 0.00 USD | 6.89 USD |
| TRANSACTIONAL SEARCHES | | 4 | | | 1,450.00 USD | 20.80 USD | 0.00 USD | 20.80 USD |
| Totals for Included | | 28 | 810 | | 1,974.55 USD | 28.32 USD | 0.00 USD | 28.32 USD |
| Totals for Client GILLIARD | | 28 | 810 | | 1,974.55 USD | 28.32 USD | 0.00 USD | 28.32 USD |
| Totals for Account: **1003882450** | | 28 | 810 | | 1,974.55 USD | 28.32 USD | 0.00 USD | 28.32 USD |
| Report Totals - Included | | 28 | 810 | | 1,974.55 USD | 28.32 USD | 0.00 USD | 28.32 USD |
| Report Totals | | 28 | 810 | | 1,974.55 USD | 28.32 USD | 0.00 USD | 28.32 USD |

BOWIE PARCEL EXPRESS
3262 SUPERIOR LANE
BOWIE MD 20715
Bus 301-464-3507
Fax 301-262-5988

Shipment----------------------
UPS Next Day Air Saver Letter - Comme
Ship To:
CLERK'S OFFICE
U. S. DISTRICT COURT OF MARYLAND
101 W LOMBARD ST
BALTIMORE DIVISION
BALTIMORE, MD 21201-2605
Package ID: 214365          20.08
Tracking #: 1Z2X449961390365983
Expected arrival: Thu 10/30 03:00 PM
Actual Wt: 0 lbs 6.5 ozs
Rating Wt: 0.5 lbs

*GILLIARD*

USPS First Class Mail Flat      2.66
USPS First Cl  2 @ 2.66         5.32

    SUBTOTAL
    TAX                         0.00
    TOTAL
TEND American Expres

Customer: None selected
                            10/29/2014
#208752                     04:04 PM


*********************************
Thank You For Your Business
*********************************