# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
## BALTIMORE DIVISION

| | | |
|---|---|---|
| TERICA GILLIARD, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 14-CV-01521 (CCB) |
| SIGMA SECURITY, LLC, et al., | : | |
| Defendants. | : | |

## GARNISHEE'S ANSWER TO WRIT OF GARNISHMENT

Garnishee, Harkins Builders, Inc. ("Harkins"), by and through its Vice President, James C. Thompson, Jr., who being first duly sworn and upon his oath, states and represents that the following answers are true and correct to the best of his knowledge, information, and belief.

1. Are you indebted to the Judgment Debtor either in property or money? **Yes**. **As of the date of this Answer Harkins owes Judgment Debtor the amount of $7,326.72 in connection with security services provided by the Judgment Debtor on Harkins' construction project generally known at Riverwoods at North East, in North East (Cecil County), MD (the "Project") during the month of March 2015. Harkins expects to receive additional invoices from Judgment Debtor for security services performed at the Project during the month of April 2015, but does not yet have that information in order to be able to quantify any undisputed amounts due and owning.**

2. Do you have in your possession, custody or control any credits, chattels, goods, effects, debts, choses in action, money or other personal property belonging to the Judgment Debtor in which the Judgment Debtor has an interest? **Yes**. **See answer to Paragraph No. 1, immediately above.**

3.  Do you know of any debts owing to the Judgment Debtor, or of any credits, chattels, goods, effects, debts, choses in action, money or other personal property belonging to the Judgment Debtor, or in which the Judgment Debtor has an interest, whether in your possession or under your control, or another person?  **No, except as identified in response to Paragraph 1, above.**

DATED this 26th day of May 2015.

HARKINS BUILDERS, INC.
2201 Warwick Way
Marriottsville, MD 21104

By: _____
James C. Thompson, Jr.

**STATE OF MARYLAND,**

**COUNTY OF** Baltimore ; to wit:

SUBSCRIBED AND SWORN to before me, the undersigned Notary Public, by James C. Thompson, Jr., Vice President & Corporate Counsel of Harkins Builders, Inc., this 26 day of May 2015.

_____
Notary Public

My commission expires: 05/15/2017

# CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true copy of the foregoing Garnishee's Answer to Writ of Garnishment was e-mailed and mailed, postage prepaid, this __ day of May to the following:

Sigma Security, LLC
P.O. Box 66333
Baltimore, MD 21239
sigmaofbaltimore@yahoo.com
***Judgment Debtor***

Ruth Ann Azeredo, Esq.
Law Office of Ruth Ann Azeredo, LLC
1997 Annapolis Exchange Parkway, 300
Annapolis, MD 21401
ruthazeredo@comcast.net
*Counsel for Judgment Creditor*