IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| TERICA GILLIARD, | )<br>)<br>) |
| Plaintiff, | )<br>) Civil Action No:<br>) 14-CV-01521 (CCB)<br>) |
| v. | )<br>) |
| SIGMA SECURITY, LLC, et al, | )<br>) |
| Defendants. | )<br>) |

## **ANSWER OF GARNISHEE CAESARS LICENSE COMPANY, LLC**

Garnishee Caesars License Company, LLC ("Garnishee"), through counsel, submits this answer in response to the "Writ of Garnishment of Property" issued by this Court and served upon Garnishee by the Plaintiff/Judgment Creditor. Garnishee states as follows:

1. Garnishee is not indebted to and has never done business with the Debtor, Sigma Security, LLC.

2. Garnishee states that the Defendant/Judgment Debtor previously performed certain security services for an affiliate of the Garnishee, CBAC Borrower, LLC, but that these services have ended. Neither the Garnishee nor any of its affiliates currently owe any money to, holds any property of, or has any ongoing relationship with the Defendant/Judgment Debtor.

3. Garnishee and its affiliates will continue to review their records and if any debt owed to the Defendant/Judgment Debtor is discovered, payment will be made to the Court.

Dated: July 1, 2015   Respectfully submitted,

                                                /s/
                                   Brent W. Procida, Esquire
                                   Venable LLP
                                   750 East Pratt Street, Suite 900
                                   Baltimore, Maryland  21202
                                   (410) 244-7400 -- telephone
                                   (410) 244-7742 -- facsimile

*Counsel for Garnishee*

9797612

CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of July, 2015, a copy of the foregoing "Answer of Caesars License Company, LLC" was served by first-class mail, postage prepaid, upon:

>Sigma Security LLC
>2144 Penrose Avenue
>Baltimore, Maryland 21223
>
>Ruth Ann Azeredo
>Law Office of Ruth Ann Azeredo LLC
>1997 Annapolis Exchange Parkway – Suite 300
>Annapolis, Maryland 21401

/s/<br>Brent W. Procida