**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)**

| | |
|---|---|
| TERICA GILLIARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No.:  14-cv-01521 (CCB) |
| | ) |
| SIGMA SECURITY, LLC, *et al*. | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## SATISFACTION OF JUDGMENT

WHEREAS, on the 4th day of December, 2014, a judgment was entered in the above action in favor of Terica Gilliard and against Richard Fleurimond and Sigma Security, LLC., jointly and severally as follows:

> **ORDER granting Unopposed Motion for Default judgment; awarding Ms. Gilliard treble damages jointly and severally against each defendant for unpaid wages and overtime in the amount of $50,680, such that the total sum of damages awarded is $152,040; awarding Ms. Gilliard $477.50 in costs; and awarding Ms. Gilliard prejudgment interest of $10,688 and the sum of unpaid wages and overtime totaling $50,680. Signed by Chief Judge Catherine.**

(ECF No.: 15; Docket Text).

As Ms. Gilliard now acknowledges full and complete satisfaction of said judgment, the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

                                                RESPECTFULLY SUBMITTED,

                                                /s/

                                                _____

                                                Ruth Ann Azeredo
                                                Law Office of Ruth Ann Azeredo LLC
                                                1997 Annapolis Exchange Parkway

Suite 300
Annapolis, Maryland 21401
Tel.: (410) 558-1915
Fax: (410) 558-1917
*Attorneys forTerica Gilliard*

AND

Timothy W. Romberger
1025 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C.  20046
(202) 248-5053
*Attorneys forTerica Gilliard*

Dated:  February 11, 2016